OPINION — AG — THE BOARD OF TRUSTEES OF THE POLICE PENSION AND RETIREMENT SYSTEM MAY NOT LEGALLY INVEST OR DEPOSIT THE FUNDS OF SAID SYSTEM IN ANY BUILDING OR SAVINGS AND LOAN ASSOCIATION. IT IS FURTHER THE OPINION OF THE AG THAT A TRUST COMPANY AS CONTEMPLATED BY 11 O.S. 1961 541 [11-541](E) IS ANY COMPANY AUTHORIZED TO DO BUSINESS AS A TRUST COMPANY AND REGULATED AS SUCH UNDER STATE LAW. CITE: 62 O.S. 1961 513 [62-513], ARTICLE X, SECTION 17, ARTICLE X, SECTION 15 (JOSEPH MUSKRAT)